UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHELAN HOLLMAN O'BRIEN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. C14-191RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the court on the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge. The court has considered the R&R and notes that no party has objected to it. The court orders as follows:

The court ADOPTS the R&R (Dkt. # 21), REVERSES the final decision of the Commissioner, and REMANDS this action to the Social Security Administration for further proceedings consistent with the R&R. The clerk shall enter judgment for Plaintiff and ensure that Judge Donohue receives notice of this order.

DATED this 6th day of March, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER REMANDING CASE
PAGE - 1